UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.

(1) Romalie Culpepper,

      Defendant.

**ORDER**
Criminal No.  04-453 (1) (MJD)

This matter is before the Court regarding the release from custody of Defendant Romalie Culpepper.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that

1)     Romalie Culpepper is hereby released from custody of the United States Marshals and returned to supervised release.

2)     The terms of supervised release remain the same as those previously ordered.

Dated:  January 13, 2006
      __s/Michael J. Davis_____
      Judge Michael J. Davis
      United States District Court